IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| PEARL MORGAN, | ) |
|         Plaintiff, | ) Case No. |
| | ) |
| vs. | ) COMPLAINT |
| | ) Personal Injury -- Non-Auto |
| KIMCO REALTY CORPORATION, | ) CLAIM NOT SUBJECT TO |
| a Maryland corporation, | ) MANDATORY ARBITRATION |
| | ) |
|         Defendant. | ) Fee at ORS 21.160(1)(c) |
| | ) Prayer Amount $403,328.54 |

COMES NOW Plaintiff and, for claim for relief against Defendant in negligence causing personal injury to Plaintiff, complains and alleges as follows:

1.

That during all of the times herein mentioned, Kimco Realty Corporation was a corporation organized and existing under and by virtue of the laws of the State of Maryland and was authorized to do business within the State of Oregon.

2.

That during all of the times herein mentioned, Defendant owned and operated a mini-mall, including retail stores which it leased to lessors at 400 NW Eastman Parkway in Gresham, Multnomah County, Oregon. That Defendant retained to itself the common areas

Page 1 -- COMPLAINT

*Willard E. Merkel*
ATTORNEY AT LAW
UMPQUA BANK PLAZA
ONE SW COLUMBIA ST., SUITE 520
PORTLAND, OREGON 97258
TELEPHONE (503) 222-0956
FAX (503) 222-4461

of property, including the parking area surrounding the leased buildings and was responsible for the care and maintenance of the parking lot.

3.

That on or about April 26, 2019, Plaintiff arrived at Defendant's parking lot via her automobile and parked in a designated handicapped parking space, exited her vehicle and fell over a concrete curb stop that Defendant had erected near the head of the parking space occupied by Plaintiff's vehicle and Plaintiff fell and was injured in the manner hereinafter more fully described.

4.

That at said time and place, Defendant was negligent and failed to comply with the Americans with Disabilities Act in its construction and maintenance of the aforesaid parking lot in one or more of the following particulars, to-wit:

(a) In installing the aforesaid wheel-stop within a disabled parking stall, all in violation of the Americans with Disabilities Act (negligence per se);

(b) In failing to provide an accessible route for handicapped individuals, including Plaintiff, from the parking stall to the aforesaid retail buildings, all in violation of the Americans with Disabilities Act (negligence per se);

(c) In failing to warn its disabled patrons of the tripping hazard created by its unauthorized wheel-stop;

(d) In failing to maintain the aforesaid parking lot in a reasonably safe condition for a disabled invitee; and

Willard E. Merkel
ATTORNEY AT LAW
UMPQUA BANK PLAZA
ONE SW COLUMBIA ST., SUITE 520
PORTLAND, OREGON 97258
TELEPHONE (503) 222-0056
FAX (503) 222-1461

(e)   In failing to protect disabled invitees using its disabled parking slot from defective conditions on the premises, including the aforesaid wheel-stop.

5.

That as the result of the negligence of Defendant as aforesaid, Plaintiff fell and sustained injuries, including a fracture of the base of the second metatarsal of the left foot, fractures of the distal and basal aspects of the third metatarsal of the left foot, and a fracture of the distal fourth metatarsal of the left foot, together with a torn labrum of the right hip, bruises and contusions, and all of the aforesaid injuries have caused Plaintiff to sustain pain and suffering and the injuries have healed with permanent residuals and Plaintiff will sustain pain and suffering in the future all to her noneconomic damage in a sum to be determined by the jury not to exceed $300,000.

6.

That as the result of the negligence of Defendant as aforesaid, Plaintiff was required to incur reasonable and necessary accident-related medical expenses all to her economic damage in the sum of $103,328.54.

WHEREFORE, Plaintiff prays for Judgment against Defendant for a sum of noneconomic damages in an amount to be determined by the jury not to exceed $300,000,

///

///

///

///

Page 3 – COMPLAINT

Willard E. Merkel
ATTORNEY AT LAW
UMPQUA BANK PLAZA
ONE SW COLUMBIA ST., SUITE 520
PORTLAND, OREGON 97258
TELEPHONE: (503) 222-0056
FAX (503) 222-4461

1  together with her economic damages for accident-related medical expenses in the sum of

2  $103,328.54, together with her costs and disbursements incurred herein.

3  DATED this 3RD day of December, 2020.

MERKEL & ASSOCIATES

By: _____
Willard E. Merkel, OSB No. 790852
E-mail: wmerkel@merkelassoc.com
Of Attorneys for Plaintiff

Page 4 – COMPLAINT

Willard E. Merkel
ATTORNEY AT LAW
UMPQUA BANK PLAZA
ONE SW COLUMBIA ST., SUITE 570
PORTLAND, OREGON 97258
TELEPHONE (503) 222-0056
FAX (503) 222-4461